US District Court District of Columbia

Case No ___________________
To be assigned

Emergency EX Parte TRO

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff

Case: 1:26–cv–01718
Assigned To : Unassigned
Assign. Date : 5/16/2026
Description: Pro Se Gen. Civ. (F–DECK)

V.

Proton AG
Route de la Galaise 32
1228 Plan-les-Ouates
Geneva, Switzerland
Defendant

**Subject Matter Jurisdiction**:
Article 4 Section 4 of the US Constitution.The Alien Tort Statute (ATS) 28 U.S.C. § 1350. Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. 42 U.S.C. § 1983, 1985 (2+3), 1986.

1. The Plaintiff per EX 1 a October 18, 2025 action to the Supreme Court of Switzerland they can't afford to provide a certified copy of with the below Google translated response has no meaningful access to Courts in Switzerland. Nor has the Federal Administrative Court, Switzerland Ministry of Justice, FDFA, Cantonal Court of Geneva acted in good faith in accordance with Article 5 of the Swiss Federal Constitution. Starting with per EX 2 a September 13, 2024 email from the Embassy of Switzerland in DC the Embassy violating the FDFA's own guidelines on helping Human Rights Defenders after the Plaintiff sought Emergency Diplomatic Asylum September 12, 2024. After their August 25, 2024-September 10, 2024 illegal detainment and constructive refoulement by Canada. In retaliation for exposing the US was not a safe third country under Factor 3 of Section 102 (2) of the Immigration and Refugee Protection Act. Given for exposing the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate the Domestic Violence Cash Benefit Program. The "State" of Connecticut April 11. 2024-August 23, 2024 conducted an effective enforced disappearance, illegal incarceration, attempted extrajudicial killing via forcible Ativan Withdrawal, and effective trial in absentia using a Motion for a Continuance. For simply On February 27th 2023 the Plaintiff nforming Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence

RECEIVED
MAY 16 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain” and “unambiguous”not subject to statutory construction by DSS under Conn Gen § 1-2z. That is essentially the only issue of law and the issue could have been solved with a single email. Per EX 3 the main pleadings in US District Court District of Columbia Case No 1:26-cv-1179-UNA Hedling V Cobb et al.



This is a crime Against Humanity. Article 14 Of the UN Decleration of Human Rights Exist. I Plead under The Alford Doctrine 8/23/24 since a Judge with integrity realized the State Attorney/.

The state of Connecticut V. Jeremy Lawson

Ex Parte EX3

File complaint

GA#14 Hartford Criminal Court M-10 Docket# H14-CR24-0763184-S

ASFC CBSA
PROTECTION · SERVICE · INTÉGRITÉ PROTECTION · SERVICE · INTEGRITY

36 (1) (b) IRPA

"serious criminality having been convicted of an offence outside Canada that if committed in Canada would constitute an offense under an Act of Parliment punishable by a Maximum term of Imprisonment of at least 10 years." Fel

ASFC Montréal – Exécution de la loi
Tuesday September 03rd, 2024

| | |
|---|---|
| **ID:** | 11-4195-3168 |
| **Surname:** | LAWSON |
| **First name:** | Jeremy Michael |
| **Date of birth:** | March 29st, 1991 |
| **Country of birth :** | United States of America |

Also a class C Misdemeanor
unlawful charge ConnGenS 53a-183 Harassment 2 has 90 day Max charge or $500 fine. a 10 years is a bigga P

***Admissibility Hearing :** Thursday, September 5th, 2024 at 09:00*

---

*I, Francis Letellier, of the Canada Border Services Agency (CBSA), do solemnly declare that I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath.* ← This is perjury

This file was referred to us for follow-up at the next detention review with a view to holding an admissibility hearing. The subject is under investigation to determine whether he is a person to whom section 36(1)b of the IRPA applies.

On September 3rd, 2024, we requested my colleague Henry Kwan from the Major Crime Investigation Unit to obtain from the authorities in Connecticut, USA, all the information concerning the criminal record, including police reports. The documents should be forwarded to us shortly.

Once we receive Mr. Lawson's court documents, we will be in a position to determine whether there are grounds to compromise the eligibility of his claim and support section 58(1)(c) of the IRPA. For the moment, my colleague cannot state a position.

Mr. Lawson's refugee claim is currently on hold pending a decision by a Board Member of the Immigration Division regarding the issuance of a possible removal order following the evidence to be presented by my colleague..

Considering Mr. Lawson's criminal history in the United States of America, I recommend that the subject's detention be maintained on the grounds that he will not appear for his eventual removal from Canada and sees no reasonable alternative to it, as he represents a certain risk to Canadian society. The evidence on file indicates that he is subject to the 36(1)(b) inadmissibility category of the IRPA.

Francis LETELLIER - 18637
Agent d'exécution de la loi
ASFC Montréal – section renvois

Emergency                U S District Court

Ministere of public safety/ Emergency Preparedness EX1 Exhibit Sealed EX2 in The state of CT v. Jeremy Lawson
LAWSON / Jeremy Michael

File ID 0018 -C4-00626-02



| Question | No | Yes |
|---|---|---|
| e) been refused admission to, or ordered to leave Canada or any other country? | ☑ | ☐ |
| f) been involved in an act of genocide, a war crime or in the commission of a crime against humanity? | ☑ | ☐ |
| g) used, planned or advocated the use of armed struggle or violence to reach political, religious or social objectives? | ☑ | ☐ |
| h) been associated with a group that used, uses, advocated or advocates the use of armed struggle or violence to reach political, religious or social objectives? | ☑ | ☐ |
| i) been a member of an organization that is or was engaged in an activity that is part of a pattern of criminal activity? | ☑ | ☐ |
| j) been detained, incarcerated, or put in jail? | ☐ | ☑ |
| k) had any serious disease or physical or mental disorder? | ☐ | ☑ |

***If your answer to any of these questions is YES, provide details below**

ILLEGALY INCARCERATED BETWEEN 2024-04-11 AND 2024-08-23 ON CHARGE OF ''HARASSMENT'' IN CONNECTICUT V. JEREMY LAWSON. DOING THIS WAS A COMMISSION OF CONN GEN S 53/20 ''CRUELTY TO PERSON'' ''UNLAWFUL PUNISHMENT'' BY THE GOVERNOR OF CT NED LAMONT, ATTORNEY GENERAL OF CT WILLIAM TONG AND DOZEN OTHER STATE OFFICIALS WHILE THE DOJ WATCHED AND LET THEM OBSTRUCT JUSTICE IN MAJOR FEDERAL CIVIL RIGHTS CASES. PTSD, MAJOR DEPRESSED DISORDER, GENERAL ANXIETY DISORDER, ADHD INATTENTIVE TYPE

See CT Superior Court Cases (USA)
1. Jeremy M. Lawson v. The Connecticut Department Of Social Services
2. Jeremy M. Lawson v. The Connecticut Department of Social Services et al.
US District Court Case Lawson v. Tong et al. Case No 3:24-CV-01016-MPS

added 8/31/24 JL

## 5 Education History

Provide the number of years of school you successfully completed for each of the following levels of schooling.

| Elementary/Primary School | Secondary/High School | University/College | Trade/Other Post Secondary |
|---|---|---|---|
| 5 | 6 | 4 | 0 |

Give full details of all the secondary and post secondary education (including university, college and apprenticeship training) you have had.

Remove row ▶ -

| From (YYYY MM) | To (YYYY MM) | Ongoing | Level of Education |
|---|---|---|---|
| 2011 08 | 2012 08 | ☐ | MASTER DEGREE |

| Field of study | Name of school/institution |
|---|---|
| CRIMINAL JUSTICE | UNIVERSITY OF CINNCINATTI |

| Certificate and diploma issued | City/Town | *Country | *Province/State |
|---|---|---|---|
| YES | CINNCINATTI | United States of America | CT |

Remove row ▶ -

| From (YYYY MM) | To (YYYY MM) | Ongoing | Level of Education |
|---|---|---|---|
| 2010 08 | 2011 05 | ☐ | BACHELOR DEGREE |

| Field of study | Name of school/institution |
|---|---|
| CRIMINOLOGY | CENTRAL CONNECTICUT STATE UNIVERSITY |

| Certificate and diploma issued | City/Town | *Country | *Province/State |
|---|---|---|---|
| YES | NEW BRITAIN | United States of America | CT |




Bundesgericht
Tribunal fédéral
Tribunal [f]ale federale
Tribunal federal

General Patratarial
Av. du Tribunal fédéral 29
CH-1000 La
Tel +41 (0:21 eta t
www.bger.ch
Switch number 221.13
DOCID 13977756

Mr.
Borealis S. Hedling
Travelodge Plus Dublin City Centre
44 Townsend St.
RM 120
Dublin 2
IRELAND

Lausanne, 4 November 2025/kli

Your letter of 18 October 2025

Dear Mr. Hedling

We have taken note of your above-mentioned letter and understand your apparently difficult situation

After reviewing your concerns, we must inform you that we cannot address your matter. As the highest judicial instance in Switzerland, the Federal Supreme Court can only review decisions of the highest cantonal courts, the Federal Criminal Court, the Federal Administrative Court, and the Federal Patent Court within the framework of statutory procedures. Outside of such procedures, the Federal Supreme Court cannot act. It also does not comment on any further legal or factual questions.

In your letter, you do not indicate in any way that a decision exists in your case that can be appealed to the Federal Supreme Court.

We regret that we cannot provide you with a different response and thank you for your understanding.

Sincerely

First Deputy to the Secretary General

Gaël Schaffter, lic. iur.

03.03.2025 - 09:05 Created by: EDA

Dear Mr. Lawson,

Thank you for your message. We understand that you are feeling overwhelmed and frustrated, and we sincerely regret that you are going through such a difficult time. However, we want to clarify that the Embassy of Switzerland in Washington is not responsible for the challenges you are facing and please understand that the Embassy has followed the legal and procedural guidelines regarding asylum.

Best regards,

Compliance Office FDFA

7

2. The Defendant has been kept well informed of the Plaintiff's human rights defender activities even previously ensuring accounts attached to "Borealis.appeals@gmail.com"

were not deactivated when the Plaintiff used multiple free Proton accounts. However per EX 4 and the below they won't upgrade an account under Article 6 of the Swiss Constitution.

2:58 Sat, May 16 33%

Attorney Misconduct Onl | (1) Sent | Dauntless.peac | Information for law enfor

mail.proton.me/u/4/all-sent/ZsqSCwXfnbClMI

**Print email**

**Request for Upgrade to Proton Unlimited under Article 6 of the Constitution of Switzerland**

From dauntless.peace@proton.me <Dauntless.peace@proton.me>

To legal@proton.meOfficial

CC submissions@protectionappeals.ie, hrc-sr-disability@un.org, hrc-sr-torture@un.org, hrc-sr-truth@un.org, info@redress.org, info@dignity.dk, Info@bj.admin.ch, helpline@eda.admin.ch, Dublin@eda.admin.ch

Date Tuesday, April 28th, 2026 at 4:10 PM

Hi,
Due to Transnational Repression I can't pay to upgrade and need more space. Under Article 5 of the Constitution of Switzerland as an act of good faith can Proton upgrade my account for 12 months?
Thanks
Borealis S Hedling
They / Them

"Art. 6 Individual and collective responsibility
All individuals shall take responsibility for themselves and shall, according to their abilities, contribute to achieving the tasks of the state and society."

4:04 Tue, Apr 28 78%

Dublin B | Just a m | blob:htt | Data Pr | Police A | GARMA | Subsc

account.proton.me/u/4/mail/subscription

**Review subscription and pay**

Expires
10/2028

**Billing Country:** Ireland

We use 3-D Secure to protect your payments

VISA SECURE | Mastercard SecureCode | DISCOVER | ProtectBuy | American Express SafeKey | JCB

Cancel | Print




3. The Plaintiff has no adequate remedy at law and under 1 GB of space left.

Wherefore the Plaintiff Prays the Court

1. Compels the Defendant to immediately upgrade the Plaintiff's account Dauntless.peace@proton.me to Proton Unlimited services to meet their obligations under Article 6 of the Constitution of Switzerland. Along with the Declaration on the Right and Responsibility of Individuals, Groups and Organs of Society to Promote and Protect Universally Recognized Human Rights and Fundamental Freedoms

2. Any relief this Court Deems Just and Proper.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 16th of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957

